JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF DEANE doing business as JEFF DEANE & ASSOCIATES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>APEX BROADCASTING, INC., a South Carolina corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. CV13-02781 RSWL (MRWx)<br><br>**ORDER DISMISSING THE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)] |

　　WHEREAS, Plaintiff Jeff Deane doing business as Jeff Deane & Associates ("Plaintiff") brought the instant action against Defendant Apex Broadcasting, Inc., a South Carolina corporation ("Defendant").

　　WHEREAS, Plaintiff and Defendant have entered into a full and final settlement of the instant action.

　　WHEREAS, Plaintiff and Defendant have stipulated that the instant action should be dismissed with prejudice and that the parties shall bear their own attorneys' fees, costs and expenses pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

1  IT IS HEREBY ORDERED that the instant action is dismissed with prejudice.
2  The parties shall bear their own attorneys' fees, costs and expenses.

4  Dated: 6/21/2013

## RONALD S.W. LEW

Hon. Ronald S.W. Lew
Senior U.S. District Court Judge